UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-44 |
| | ) | (PHILLIPS/SHIRLEY) |
| DANIEL RAMSEY, | ) | |
| | ) | |
| Defendant. | ) | |

### **DETENTION ORDER**

This matter came before the undersigned on June 27, 2007, for a scheduled detention hearing. The Court rendered it opinion as to the detention hearing on June 28, 2007. Assistant United States Attorney David Jennings was present representing the government. Attorney Doug Trant was present representing Defendant Daniel Ramsey. The defendant was also present.

In the Court's oral ruling, a complete review and analysis of the parties' positions, issues, and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of this Order as if stated herein verbatim.

For the reasons stated therein, I find, pursuant to 18 U.S.C. § 3142, that (1) the government has met the burden of establishing by a preponderance of the evidence that Defendant is a flight risk and a risk not to appear as required if released, and (2) the government has met the burden of establishing by clear and convincing evidence that Defendant Robinson's release would pose a danger to the community. Furthermore, the Court finds that there are no conditions or combination of conditions of release that would reasonably assure the Court that Defendant would appear as ordered and not pose a danger to the safety of any other person or the community.

It is therefore **ORDERED** that the defendant, Daniel Ramsey, be detained. He is committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate to the extent practicable from persons awaiting sentencing or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge